# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 842 MAL 2014 |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| ONE CHEVROLET CORVETTE RACE CAR, VIN # UNKNOWN; ONE FORD STREET ROD, VIN # UNKNOWN; ONE 1988 HONDA CRX, VIN # JHMED8459JS015955; ONE 1993 HONDA DEL SOL, VIN #JHMEH6266PS014680; ONE 1993 HONDA DEL SOL, VIN # JHMEH6260PS020880; ONE 1993 HONDA DEL SOL, VIN # JHMEH6161PS014300; ONE 2002 HARLEY DAVIDSON NIGHT TRAIN, VIN # 1HD1JAB152Y029574; ONE FORD 'POLICE PADDY WAGON' STREET ROD, VIN # UNKNOWN; ONE 1995 FORD F350 DRW,  VIN # 1FTJX35F8SKB30078; ONE 1994 VINTAGE ENCLOSED TRAILER, VIN # 1V9UV5033RE064592 | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: NEIL NEIDIG | : |
| | : |
| | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.